

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Michael Mark Martin, Richard Scott Martin, Jeffrey Webb Martin, Individually and on behalf of Network Operator Services, Inc., a Texas Corporation, Appellants<br><br>No. 06-24-00018-CV     v.<br><br>Ron Hutchison, Tony Cason, Tim Martin and Ronnie Martin, Appellees | Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 2019-601-B). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef. |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Michael Mark Martin, Richard Scott Martin, Jeffrey Webb Martin, Individually and on behalf of Network Operator Services, Inc., a Texas Corporation, pay all costs incurred by reason of this appeal.

RENDERED MARCH 21, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk